BERKS COUNTY COURTHOUSE and PMA Insurance Company, Petitioners

v.

WORKERS' COMPENSATION APPEAL BOARD (Sharon BROWN), Respondents.

Supreme Court of Pennsylvania.

Oct. 31, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 31th day of October, 2002, the Petition for Allowance of Appeal is **GRANTED** as to the first issue only; the petition is **DENIED** as to the second issue. The Commonwealth Court's order is vacated and the matter remanded for reconsideration in light of *Vista Int'l Hotel v. WCAB (Daniels)*, 560 Pa.12, 742 A.2d 649 (1999) and this Court's order in *Hill v. WCAB (Ballard, Spahr, Andrews & Ingersoll)*, 805 A.2d 509, 2001 WL 1944738 (Pa. 2002).